1044

[No. 13210-5-I. Division One. May 13, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN
NORRIS HANKS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 82-1-03020-8, Frank D. Howard, J., entered
April 19, 1982. *Affirmed* by unpublished opinion per
Grosse, J., concurred in by Ringold and Webster, JJ.

[No. 14452-9-I. Division One. May 13, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v.
JOCK ROWE, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 83-8-05060-1, James D. McCutcheon, Jr., J.,
entered February 29, 1984. *Affirmed* by unpublished opin-
ion per Ringold, J., concurred in by Scholfield, A.C.J., and
Webster, J.

[No. 14508-8-I. Division One. May 13, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN
M. JACK, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 83-8-03391-0, Jerome M. Johnson, J., entered
March 19, 1984. *Affirmed* by unpublished opinion per
Swanson, J., concurred in by Williams and Grosse, JJ.

[No. 14006-0-I. Division One. May 13, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. CHARLES
ERIK LANE, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 83-1-01057-4, David C. Hunter, J., entered
October 21, 1983. *Reversed* and *remanded* by unpublished
opinion per Grosse, J., concurred in by Ringold and Web-
ster, JJ.